**92-2361.** Bradley v. Hamman. *Ross County*, No. 92CA1850.
PFEIFER, J., dissents.

**92-2377.** Shaw v. J. Pollock & Co. *Summit County*, No. 15542.
A.W. SWEENEY and DOUGLAS, JJ., dissent.

**92-2387.** Lake Cty. Metro. Park Dist. v. Lamacchia. *Lake County*, No. 91–L–110.

**92-2398.** Columbus Bd. of Edn. v. Franklin Cty. Bd. of Revision. *Franklin County*, No. 92AP–281.
DOUGLAS, J., dissents.

**92-2404.** State v. Williams. *Hamilton County*, Nos. C–910583 and C–910582.

**92-2408.** Rolain v. Metal Seal & Prod., Inc. *Lake County*, No. 92–L–002.
DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**92-2409.** Hinderegger v. Dairy & Nutrition Council. *Stark County*, No. CA–8990. On motion to certify the record and on request to recover costs and attorney fees. Motion and request denied.
PFEIFER, J., dissents.

**92-2424.** Samad v. John J. Radel Co. *Hamilton County*, No. C–910705.
RESNICK, J., dissents.

**92-2425.** State v. Jones. *Cuyahoga County*, No. 59825.
F.E. SWEENEY, J., not participating.

**92-2433.** Bruin v. Manners. *Butler County*, No. CA91–10–176.

**92-2434.** In re Guardianship of McPheter. *Huron County*, No. H–92–1.
PFEIFER, J., dissents.

**92-2435.** State v. Walker. *Clermont County*, No. CA91–03–017.

**92-2439.** Lake White Community Assn., Inc. v. Lucas. *Pike County*, No. 477. (Notice of appeal by Lucas, second notice of appeal by Schmidt.)
WRIGHT and PFEIFER, JJ., dissent.

**92-2445.** Sweeney v. Shaker Hts. *Cuyahoga County*, No. 63093.
WRIGHT and PFEIFER, JJ., dissent.

**92-2449.** Lapinski v. Labeau. *Lucas County*, No. L–91–393.
RESNICK, J., not participating.

**92-2455.** Harris v. Ohio Dept. of Transp. *Franklin County*, Nos. 92AP–513 and 92AP–514.
MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**92-2462.** Davis & Newcomer Elevator Co. v. S. Shores Invest. Properties, Inc. *Lorain County*, No. 92CA005277.
WRIGHT, J., dissents.

**92-2467.** Carter v. Corley. *Hamilton County*, No. C–920523.

**92-2468.** State v. Williams. *Montgomery County*, No. 13156.

**92-2470.** Robinson v. Robinson. *Wood County*, No. 91WD122.

**92-2471.** Plott v. Ohio Bur. of Emp. Serv. *Carroll County*, No. 612.
MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**92-2473.** Sullivan v. Grandview Hosp. *Montgomery County*, No. 13040.

**92-2475.** State v. Lowman. *Warren County*, No. CA92–03–024.

**92-2476.** Transcontinental Mgt. Group Ltd. v. Reliance Union Indemn., Ltd. *Franklin County*, No. 92AP–186. On motion and cross-motion to certify the record. Motions denied.